```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────────
AERONAUTICS FUND,

                    Plaintiff,           20-cv-3806 (JGK)

         - against -                     ORDER

ODYSSEY LEASING, LLC,

                    Defendant.
────────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The parties should provide the Court with a status report by **August 21, 2020.**

**SO ORDERED.**

**Dated:**  **New York, New York**
         **August 13, 2020**         __/s/ John G. Koeltl_____
                                         **John G. Koeltl**
                                 **United States District Judge**